UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 28, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
___ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSE FRANCISCO BUENAVIDA, ) <br> ) <br> Defendant. ) | Case No. 2:18CR00164-MCE <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSE FRANCISCO BUENAVIDA , Case No.  2:18CR00164-MCE , Charge  21USC § 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

    ✔ Unsecured Appearance Bond $50,000.00

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    ✔ (Other)  Pretrial conditions as stated on the record.

The defendant to be released on 10/1/2018 to the Pretrial Officer

Issued at  Sacramento, CA  on  September 28, 2018  at  3:19 pm .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court